UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | Case No. 1:11-cr-00278 |
| ) | |
| v.    ) | Honorable Janet T. Neff |
| ) | |
| MARCUS KEITH JOHNSON,    ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

### REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on January 12, 2012, after receiving the written consent of defendant and all counsel. There is no written plea agreement. At the hearing, defendant Marcus Keith Johnson entered a plea of guilty to the Indictment charging defendant with being a person who had been convicted of one or more offenses punishable by imprisonment for a term exceeding one year under the laws of Michigan, did knowingly possess a firearm in and affecting commerce in violation of 18 U.S.C. §§ 922(g)(1), 921(a) and 924(a)(2). On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to the Indictment be accepted, and that the court adjudicate defendant guilty. Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.


Date:  January 17, 2012                                     /s/ Ellen S. Carmody
                                                                                                               ELLEN S. CARMODY
                                                                                                               United States Magistrate Judge


**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).